UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Owners Insurance Company,  Civil No. 06-4229 (RHK/JSM)
Auto-Owners Insurance Company,

      Plaintiffs,  **ORDER**

vs.

William Torry Cherp, Todd R. Filter,
individually and as the Guardian Ad Litem
for Riley T. FIlter,

      Defendants.

---

      Pursuant to the Stipulation filed with this Court, the above-entitled action, including all cross-claims, counterclaims and third-party claims, are hereby **DISMISSED WITHOUT PREJUDICE** and without cost to any party.

Dated: January 17, 2007

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge